**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN: 151773)**
wgorham@mayallaw.com
**VLADIMIR J. KOZINA (SBN: 284645)**
vjkozina@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone:  (209) 477-3833**
**Facsimile:  (209) 473-4818**

**MOORADIAN LAW, APC**
**ZORIK MOOORADIAN (SBN: 136636)**
zorik@mooradianlaw.com
**HAIK HACOPIAN (SBN: 282361)**
haik@mooradianlaw.com
**24007 Ventura Blvd., Suite 210**
**Calabasas, CA 91302**
**Telephone:  (818) 487-1998**
**Facsimile:  (888) 783-1030**

**Attorneys for Plaintiffs Ealeen Wilk and Dorian Gomez and the Putative Class**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EALEEN WILK, an individual; DORIAN GOMEZ, an individual,**<br><br>Plaintiffs,<br><br>vs.<br><br>**SKECHERS U.S.A., INC. and DOES 1-100, inclusive,**<br><br>Defendants. | Case No.:  5:18-cv-01921-JGB-SP<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF REVISED CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>Date:         February 28, 2022<br>Time:         9:00 a.m.<br>Courtroom: 1, 2nd Floor<br>Judge:        Hon. Jesus G. Bernal |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on February 28, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Ealeen Wilk and Dorian Gomez ("Plaintiffs"), will bring on for hearing before the Honorable Judge Jesus G. Berna., in Courtroom 1, 2nd Floor, George E. Brown, Jr.

...

Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, CA 92501, this unopposed Motion for Preliminary Approval of Revised Class, Collective, and Representative Action Settlement (the "Motion"). The Motion with be heard concurrently with Plaintiffs' Fee Motion (Dkt. No. 79).

Plaintiffs' Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Robert J. Wasserman, with exhibits, the pleadings and papers filed in this case, including Plaintiffs' separately filed Fee Motion and supporting documents (Dkt. No. 79), and on any oral argument this Court Permits. Defendant Skechers U.S.A., Inc. does not oppose this Motion or Plaintiffs' Fee Motion.

**DATED:** January 31, 2022     **MAYALL HURLEY P.C.**

By */s/ Robert J. Wasserman*
ROBERT J. WASSERMAN
Attorneys for Plaintiffs and the Putative Class

**DATED:** January 31, 2022     **MOORADIAN LAW, APC**

By */s/ Zorik Mooradian*
Zorik Mooradian
Haik Hacopian
Attorneys for Plaintiff Dorian Gomez

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*