JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Ealeen Wilk, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Skechers U.S.A. Inc., et al.,<br><br>Defendants. | Case No. EDCV 18-1921 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Judgment for Plaintiffs shall be entered as follows:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. No. 81) is GRANTED.

2. The Court GRANTS final approval to the parties' Settlement Agreement. The Court finds that the Settlement Agreement is fair, adequate, and reasonable, appears to be the product of arm's-length and informed negotiations, and treats all members of the class fairly. The parties shall perform their obligations pursuant to the terms of this Settlement Agreement and this Order.

3. Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. No. 79) is GRANTED.

4. The following classes are certified under Federal Rule of Civil Procedure 23(c) for settlement purposes:

    The Nationwide Settlement Class, i.e., all current and former hourly, non-exempt non-California employees of Skechers who received commissions, non-discretionary bonuses and/or other items of compensation and worked overtime during September 10, 2014 through May 1, 2020.

The California Settlement Class, i.e., all current and former hourly, non-exempt employees of Skechers who received commissions, non-discretionary bonuses and/or other items of compensation and worked overtime during September 10, 2014 through May 1, 2020.

5. The form, manner, and content of the Class Notice meet the requirements of Federal Rules of Civil Procedure 23(c)(2).

6. Plaintiff Eileen Wilk will be paid a service award of $6,000 in accordance with the terms of the Settlement Agreement and this Order.

7. Plaintiff Dorian Gomez will be paid a service award of $6,000 in accordance with the terms of the Settlement Agreement and this Order.

8. Class counsel shall be paid $260,000 in attorneys' fees and costs in accordance with the terms of the Settlement Agreement.

9. The Settlement Administrator, Atticus Administration, LLC, shall be paid for its litigation costs of $32,000 in accordance with the terms of the Settlement Agreement.

10. All class members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

11. Except as to any class members who have validly and timely requested exclusion, this action is DISMISSED WITH PREJUDICE, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this Court.

12. Without affecting the finality of this Order, the Court retains jurisdiction over the parties, including Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Settlement Agreement itself.

Dated: March 4, 2022

THE HONORABLE JESUS G. BERNAL
United States District Judge